SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, KENNETH DAVIDSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH DAVIDSON,<br><br>Plaintiff,<br><br>vs.<br><br>PETRO MAR ENTERPRISES, INC D/B/A ASK ARCO AM & PM; CONCRETE INVESTMENT ENTERPRISES, LLC; and DOES 1 to 10,<br><br>Defendants. | Case No.: 2:19-cv-09905 DSF (SSx)<br><br>**NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff Kenneth Davidson ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Parties requests that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: September 14, 2020          **SO. CAL EQUAL ACCESS GROUP**


                                                  */s/ Jason J. Kim*
                                                  JASON J. KIM
                                                  Attorney for Plaintiff